

FILED
SEP 18 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

---

### ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **17MJ3412**

The person charged as **John Henry Schneider** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of **Montana, Billings Division** with: **False Statement Under Oath in Relation to a Bankruptcy Proceeding (Count 1-2), Concealment of Bankruptcy Assets (Count 3-4), and Fraudulent Transfer of Assets in Relation to a Bankruptcy Proceeding (Count 5)**, in violation of **Title 18 United States Code Section(s) 152 (2), (1), and (7)**.

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 09/18/2017            _____ (signature)

Brendan P. Biamon    (print)

Special Agent,
Federal Bureau of Investigation

Reviewed and Approved
Dated: 9/18/17

_____
Assistant United States Attorney

**FILED**

COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

JUL 2 4 2017

Clerk, U S District Court
District Of Montana
Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-77-BLG-SPW |
|---|---|
| Plaintiff, | SUPERSEDING INDICTMENT |
| vs. | FALSE STATEMENT UNDER OATH IN RELATION TO A BANKRUPTCY PROCEEDING |
| JOHN HENRY SCHNEIDER, | (Count I-II) |
| Defendant. | Title 18 U.S.C. § 152(2) |
| | (Penalty: 5 years imprisonment, $250,000 fine, and three years supervised release) |
| | CONCEALMENT OF BANKRUPTCY ASSETS |
| | (Count III-IV) |
| | Title 18 U.S.C. § 152(1) |
| | (Penalty: 5 years imprisonment, $250,000 fine, and three years supervised release) |
| | FRAUDULENT TRANSFER OF ASSETS IN RELATION TO A BANKRUPTCY PROCEEDING (Count V) |
| | Title 18 U.S.C. § 152(7) |
| | (Penalty: 5 years imprisonment, $250,000 fine, and three years supervised release) |

1

THE GRAND JURY CHARGES:

## COUNT I

On or about December 12, 2014, at Billings, in the State and District of Montana, the defendant, JOHN HENRY SCHNEIDER, knowingly and fraudulently made a false material statement under oath and in relation to a case under Title 11, *In re: John Henry Schneider*, Case No. 14-61357, by falsely swearing under oath in the Statement of Financial Affairs filed with the United States Bankruptcy Court on December 12, 2014, that the Statement of Financial Affairs was true and correct, when, in fact, it was not true or correct as it had omitted financial transfers of approximately $539,736.22, personal property valued at approximately $15,495 and financial assets of approximately $309,686.00, in violation of 18 U.S.C. § 152(2).

## COUNT II

On or about January 23, 2015, at Billings, in the State and District of Montana, the defendant, JOHN HENRY SCHNEIDER, knowingly and fraudulently made a false material statement under oath and in relation to a case under Title 11, *In re: John Henry Schneider*, Case No. 14-61357, by falsely testifying under oath in a proceeding before the case trustee at a meeting of creditors that the Statement of Financial Affairs filed with the United States Bankruptcy Court on December 12, 2014 was accurate and complete, when, in

fact, it was not accurate or complete as it had omitted financial transfers of approximately $539,736.22, personal property valued at approximately $15,495 and financial assets of approximately $309,686.00, in violation of 18 U.S.C. § 152(2).

## COUNT III

On or about December 12, 2014, at Billings, in the State and District of Montana, the defendant, JOHN HENRY SCHNEIDER, did knowingly and fraudulently conceal property belonging to his bankrupt estate, Bankruptcy Case No. 14-61357, specifically U.S. Bank Account number 1-500-9160-2881 containing approximately $309,686.00, from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee, in violation of 18 U.S.C. § 152(1).

## COUNT IV

On or about December 12, 2014, at Billings, in the State and District of Montana, the defendant, JOHN HENRY SCHNEIDER, did knowingly and fraudulently conceal property belonging to his bankrupt estate, Bankruptcy Case No. 14-61357, specifically a 2001 Harley Davidson Motorcycle, from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee, in violation of 18 U.S.C. § 152(1).

## COUNT V

From on or about March 11, 2013 until on or about May 3, 2014, at Billings, in the State and District of Montana, the defendant, JOHN HENRY SCHNEIDER, in contemplation of bankruptcy against his personal estate, did knowingly and fraudulently transfer approximately $539,736.22 to an individual know as K.B. with the intent to defeat the provisions of Title 11, all in violation of 18 U.S.C. § 152(7).

A TRUE BILL.

*Mary Ellen McGuire*
FOREPERSON

*Lori Buell* (signature over)
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons  X
Warrant: _____
Bail:  none

Summons
8/29/2017 @ 9:00 am
Billings, TJC

4