# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 17mj3412-KSC |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| John Henry Schneider | ) | Booking No. 64084298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __9/18/17__ the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release.

✓ Defendant released on $ __O/R__ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case dismissed.

____ Case dismissed, charges pending in case no. ____

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. ____

**KAREN S. CRAWFORD**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL           Clerk
by
         Deputy Clerk

Received ____
       DUSM

ERICA
SILVAS
557-2923

Crim-9  (Rev. 8-11)       ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY